UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
In re:

    NAOMI K. GOODMAN,

                           Debtor.

---------------------------------X

Chapter 13

Case No.: 22-22703-cgm

**ORDER TO SHOW CAUSE DIRECTING A REPRESENTATIVE OF NEW YORK STATE TO APPEAR AT A CONFERENCE AND EXPLAIN THE DELAY IN PROVIDING SERVICES TO THE DEBTOR**

**NAOMI K. GOODMAN**, the above captioned debtor (the "Debtor") filed for relief under Chapter 13 of the Bankruptcy Code on or about September 17, 2022. The Debtor indicated that she suffers from a developmental disability which *inter alia* prevents her from completing tasks including the payment of bills, completing a credit counseling course, and attending to her basic needs; and the Debtor, through counsel, having represented to the Court at a hearing on December 7, 2022 that the Debtor had applied for services from the State of New York ("NYS"); and the Debtor, through counsel, having further represented to the Court that she was approved for services on June 13, 2022 by the New York State Office for People with Disabilities based upon her disability; and a copy of the letter approving the Debtor's request for services is attached hereto; and the Debtor, through counsel, having represented that although she has been approved to receive services from NYS, she has not yet received such approved services. Accordingly, it is hereby

**ORDERED** that, absent the parties' joint request for additional time, a senior representative with authority on behalf of NYS and generally responsible for NYS's compliance with orders and regulations concerning disability services, along with the Debtor's counsel, appear at a conference to be held before the Honorable Cecelia G. Morris, United States

Bankruptcy Judge, her Courtroom, at the United States Bankruptcy Court, The Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, NY 10601 on February 22, 2023 at 9:00 AM; and it is further

**ORDERED,** that NYS report to the Court at said hearing as to the status of services to be provided to the Debtor and explain the delays in providing services; and it is further

**ORDERED** that the hearing time is subject to change and interested parties are advised to check the Court calendar at the Bankruptcy Court's website, www.nysb.uscourts.gov prior to the hearing; and it is further

**ORDERED,** that the hearing will be conducted by Zoom for Government or other remote service as set forth on the Bankruptcy Court's website www.nysb.uscourts.gov; and it is further

**ORDERED,** that NYS's failure to comply with this Order may subject it to sanctions, including, without limitation, the Debtor's reasonable costs and expenses, including attorneys' fees; and it is further

**ORDERED**, that the Debtor shall cause a copy of this Order to be served by regular mail on NYS at the addresses set forth below on or before 5 days after the date of this Order

1. New York State Office for People with Developmental Disabilities, 38 Fireman's Way, Poughkeepsie, NY 12603
   Att:  Kerri E. Newfield, Commissioner,

2. New York State Office for People with Developmental Disabilities, 38 Fireman's Way, Poughkeepsie, NY 12603
   Att: Roger Bearden, JD, Executive Deputy Commissioner

3. New York State Office for People with Developmental Disabilities, 38 Fireman's Way, Poughkeepsie, NY   12603
   Att:  Robert Travis Ph.D, Licensed Psychologist, Taconic Eligibility Committee;

and it is further

**ORDERED,** that proof of service be filed with the Court promptly after such service is effectuated.



Dated: **December 15, 2022**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**