

**KATHY HOCHUL**
Governor

**KERRI E. NEIFELD**
Commissioner

**ROGER BEARDEN, J.D.**
Executive Deputy Commissioner

Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

Re: Chapter 13, Case No. 22-22703-cgm

Dear Judge Morris:

The New York State Office for Persons With Developmental Disabilities (OPWDD) is in receipt of Your Honor's Order to Show Cause dated December 15, 2022, directing OPWDD to appear on February 22, 2023 at 9:00 a.m. and report on the status of services to be provided to the Debtor in the above-referenced matter. I respectfully request that this letter be docketed on my behalf. OPWDD is not eligible for representation by the New York State Attorney General in this matter because OPWDD is not a party to this proceeding, and I am not admitted to practice in the SDNY Bankruptcy Court, nor do I have rights to make a CM/ECF filing.

I am writing to provide background that I hope will be helpful to the Court. On January 9, 2023, Debtor Naomi Goodman was approved by OPWDD for Community Habilitation and Self Direction services. A notification was sent to Debtor and her care manager with this authorization on that same day, January 9, 2023. OPWDD is not involved with the next steps that need to be taken by Debtor. Rather, next steps must be taken by Debtor and her care manager at Tri-County Care -- a not for profit agency that is separate and apart from OPWDD.

Tri-County Care will now assist Debtor in finding a community habilitation worker to help support her goals. The Tri-County Care Manager will also assist Debtor in getting set up in the Self Direction program, which will include attending an information session and choosing a Fiscal Intermediary and Broker to help support her budget development. The care manager's contact information is as follows:

    Edriene Marcano, Tri-County Care LLC, 775 N Main Street, Spring Valley, NY 10977
    Email: E.Marcano@tricountycare.org; Telephone #: 844.504.8400

Again, Ms. Marcano is not associated with OPWDD.

If it would be helpful, OPWDD could submit an affidavit to the Court explaining this. If, after reviewing this letter and/or an affidavit the Court still requires an appearance on February 22, 2023, I respectfully request permission to appear before the Court on that one occasion.

Thank you very much for your consideration.

Respectfully,

*Krista Rock*
Krista Rock, Esq.
krista.a.rock@opwdd.ny.gov

**Executive Office**
44 Holland Avenue, Albany, New York 12229-0001 | 866-946-9733 | www.opwdd.ny.gov