UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X     Chapter 13
IN RE:     Case No. 22-22703-CGM

Naomi K. Goodman,

                              Debtor.
---------------------------------------------------------X

**ORDER DISMISSING CASE**

UPON the motion, dated January 23, 2023 of Krista M. Preuss, Chapter 13 trustee, (the "Trustee") seeking entry of an order dismissing this Chapter 13 case pursuant to 11 U.S.C. § 1307(c); and due notice of the motion having been given to all necessary parties; and upon the record of the hearing held by the Court on the motion on February 22, 2023 and all of the proceedings herein; and

WHEREAS, the Debtor failed to commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1); and

WHEREAS, the Debtor failed to appear and be examined at the section 341 meeting of creditors as required by 11 U.S.C. § 343; and

WHEREAS. the Debtor failed to file with the Court evidence that the Debtor has completed an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1); and

WHEREAS, the Debtor failed to file with the Court a certification that all amounts payable under a domestic support obligation have been paid as required by 11 U.S.C. §1328(a); and

WHEREAS, the Debtor failed to comply with 11 U.S.C. § 521(e)(2)(A)(i) in that the Debtor has not provided the Trustee with a copy of Federal and State income tax returns or transcripts for the most recent year 7 days before the first meeting of creditors; and

WHEREAS, each of the foregoing constitutes cause for dismissal of this Chapter 13 case; it is accordingly

ORDERED, that this Chapter 13 case be dismissed pursuant to 11 U.S.C. § 1307(c). The Trustee shall take all actions required by such dismissal.



**Dated: March 2, 2023**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**