**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Naomi K. Goodman                                    CASE NO.: 22–22703–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER: 13
xxx–xx–0118

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Cecelia G. Morris in this Chapter 13 case.

Naomi K. Goodman was dismissed from the case on March 2, 2023 .

Dated: March 2, 2023                                       Vito Genna
                                                           Clerk of the Court